IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY B. FARMER and PATRICIA FARMER,<br><br>            Plaintiffs,<br><br>      vs.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>            Defendants. | 1:09cv01506 AWI DLB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

On August 26, 2009, Plaintiffs Jody B. Farmer and Patricia Farmer filed the instant action against Defendants Ocwen Loan Servicing, LLC, Equifirst Corporation, Aztec Foreclosure Corporation, Mortgage Electronic Registration System, Deutsche Bank National Trust Company, Affluent Lending Incorporated, Terry Ellen Coleman and Does 1-20.

On August 26, 2009, the Court issued summons along with civil new case documents. The civil new case documents included an Order Setting Mandatory Scheduling Conference for December 3, 2009.

On December 3, 2009, Plaintiffs failed to appear for the Mandatory Scheduling Conference. Plaintiffs' counsel also failed to participate in the preparation of joint status report, unilaterally filing a status report on November 19, 2009, without Defendants' input. Additionally, Plaintiffs' counsel reportedly has failed to contact Defendants' counsel to participate in the preparation of the Joint

1

Status Report.

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action should not be dismissed for failure to appear at the mandatory scheduling conference and for failure to participate in the preparation of a joint scheduling report.

IT IS HEREBY ORDERED by the Court that Plaintiffs' counsel appear in person on December 31, 2009, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare Street, Fresno, California, to show cause, if any there be, why this action should not be dismissed for failure to appear and failure to participate in the preparation of a joint scheduling report. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

**Dated:   December 10, 2009**                    **/s/ Dennis L. Beck**
                                                                                    UNITED STATES MAGISTRATE JUDGE