**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY B. FARMER and PATRICIA FARMER,<br><br>   Plaintiffs,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>   Defendants. | NO. 1:09-CV-01506-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF JANUARY 4, 2010 AND TAKING MATTER UNDER SUBMISSION |

Defendants have noticed for hearing and decision two motions to dismiss. The matters were scheduled for hearing to be held on January 4, 2010. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition to each motion no later than December 21, 2009. Plaintiffs failed to do so.

Due to Plaintiffs' failure to file timely oppositions or notice of non-oppositions, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 4,
2  2010, is VACATED, and no party shall appear at that time.  As of January 4, 2010, the court
3  will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   December 22, 2009**                           **/s/ Anthony W. Ishii**
                                                       CHIEF UNITED STATES DISTRICT JUDGE