IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JODY B. FARMER AND PATRICIA FARMER, | ) ) ) | 1:09cv01506 AWI DLB |
| | ) ) | ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING |
| Plaintiffs, | ) ) | DECEMBER 31, 2009 HEARING |
| vs. | ) ) | (Document 29) |
| OCWEN LOAN SERVICING LLC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

    On August 26, 2009, Plaintiffs filed the present action.

    On December 10, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiffs' failure to appear at the Mandatory Scheduling Conference on December 3, 2009. Plaintiffs' counsel also failed to participate in the preparation of a joint scheduling report. The Court ordered Plaintiffs' counsel to appear in person on December 31, 2009, to show cause why the action should not be dismissed.

    Plaintiffs' counsel filed an amended response to the order to show cause on December 30, 2009. Counsel explains that she has more than 80 cases pending in the district courts in California and she inadvertently overlooked the scheduling conference on December 3, 2009. Counsel further explains that she has hired a paralegal/office manager to assist her. Counsel accepts full responsibility

1

for her actions.

      Based on counsel's response, the order to show cause is DISCHARGED and the December 31, 2009, hearing is VACATED. In the future, Plaintiff's counsel should ensure compliance with deadlines scheduled in this matter.

IT IS SO ORDERED.

    **Dated:**   **December 30, 2009**               **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE